# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2013 FEB -1 PM 3:09

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>HUGO MANUEL<br>    PEREZ-COVARRUBIAS,<br><br>                    Defendant. | CASE NO. 12cr3184-CAB<br><br>BY_____7cam_____<br><br>**JUDGMENT OF DISMISSAL** |

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Indictment/Information:

      Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: FEBRUARY 1, 2013

                                                      Cathy Ann Bencivengo
                                                      U.S. District Judge